**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TERRY CLOTZ, on behalf of himself and others similarly situated, | |
| Plaintiff, | Case No. 1:22-cv-03755 |
| vs. | Honorable Sara L. Ellis |
| THE FEDERAL SAVINGS BANK, RASANI MEDIA and SUREFIRE MARKETING LLC, | |
| Defendants. | |

**ENTRY OF APPEARANCE**

Kindly enter my appearance as attorney for Plaintiff in the above-captioned matter.

RESPECTFULLY SUBMITTED AND DATED this March 3, 2024.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong (N.D. Ill. Gen. Bar #333687)
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*Attorney for Plaintiff*