IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERRY CLOTZ, on behalf of himself and others similarly situated,<br><br>      Plaintiff,<br><br>    vs.<br><br>THE FEDERAL SAVINGS BANK, RASANI MEDIA and SUREFIRE MARKETING LLC,<br><br>      Defendants. | Case No. 1:22-cv-03755<br><br>Honorable Jeremy C. Daniel |

## STATUS REPORT

Pursuant to this Court's order of February, 21, 2024, Plaintiff and Defendant have met and conferred regarding future deadlines for this case. Discovery in this case was previously limited to the issue of Plaintiff's consent to receive the telephone calls at issue. As it stands, discovery is now open for all purposes. After the close of discovery, Plaintiff anticipates filing a motion for class certification. Defendants also anticipate filing motions for summary judgment.

Accordingly, the parties propose the following deadlines:

| | |
|---|---|
| Deadline for Close of Discovery | September 9, 2024 |
| Initial Expert Disclosure Deadlines | October 11, 2024 |
| Rebuttal Expert Disclosure Deadline | November 29, 2024 |
| Deadline for Close of Expert Discovery | January 10, 2025 |
| Deadline to Object to Expert Reports | February 28, 2025 |
| Deadline for Motion for Class Certification | February 28, 2025 |
| Defendants' Motions for Summary Judgment | Deadlines to be set after ruling on the Motion for Class Certification |

| Rule 16 Conference | Following a Decision by the Court on the Motion for Class Certification |

Respectfully Submitted,

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong (N.D. Ill. Gen. Bar #333687)
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com
*Attorney for Plaintiff*

/s/ V. Amanda Witts
Steven M. Hartmann (ARDC No. 6185428)
Smith Gambrell Russell
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
(312) 360-6528
shartmann@sgrlaw.com

V. Amanda Witts
Mitchell Sandler
1120 20th Street, NW, Suite 725
Washington, DC 20036
(202) 886-5267
v.awitts@mitchellsandler.com

*Attorneys for The Federal Savings Bank*

/s/ John C. Ochoa
Molly A. Arranz, ARDC # 6281122
John C. Ochoa, ARDC # 6302680
Sofia Valdivia, ARDC # #6339898
Amundsen Davis, LLC
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200
marranz@amundsendavislaw.com
jochoa@amundsendavislaw.com
svaldivia@amundsendavislaw.com

*Attorneys for Rasani Media*