UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Terry Clotz

                    Plaintiff,

v.                                                  Case No.: 1:22–cv–03755
                                                       Honorable Jeremy C. Daniel

The Federal Savings Bank, et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 11, 2024:

      MINUTE entry before the Honorable Jeremy C. Daniel: The Court has reviewed the parties' status report and sets the following schedule: (1) fact discovery closes September 9, 2024; (2) initial expert disclosures are due October 11, 2024; (3) rebuttal expert disclosures are due November 29, 2024; (4) expert discovery closes January 10, 2025; (5) status hearing set for January 14, 2025. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.