# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TERRY CLOTZ, on behalf of himself and others similarly situated, | |
| Plaintiff, | Case No. 22-cv-3755 |
| v. | Honorable Jeremy C. Daniel |
| THE FEDERAL SAVINGS BANK, RASANI MEDIA and SUREFIRE MARKETING LLC, | |
| Defendants. | |

## PARTIES' JOINT MOTION TO EXTEND DISCOVERY DEADLINES

NOW COMES Defendants Rasani Media and The Federal Savings Bank (collectively "Defendants"), and Plaintiff Terry Clotz ("Plaintiff", and with the Defendants, the "Parties"), by and through their undersigned counsel, and respectfully requests an extension of the discovery deadlines in light of the Parties' ongoing settlement discussions. In support thereof, the Parties state as follows:

1. Plaintiff brings the instant class action matter alleging violations of the Telephone Consumer Protection Act ("TCPA") (the "Action").

2. On March 11, 2024, the Court entered a scheduling Order setting discovery deadlines, as set forth in paragraph 6 below.

3. On July 10, 2024, the Parties engaged in a mediation session with the Hon. David Jones (Ret.) with Resolute Systems.

4. Although the Parties were not able to reach a resolution of this case, they did make progress. At the end of the session, Judge Jones suggested that the Parties seek an extension of

discovery deadlines for 45 days while the parties continue settlement discussions (with his assistance).

5. The Parties have conferred, and agree with Judge Jones' suggestion, and wish to continue settlement discussions to see if they can resolve this case before expending additional resources in discovery, which would include several depositions that are currently scheduled.

6. The Parties therefore request that the following discovery deadlines, previously set on March 11, 2024, be reset as follows:

| **Deadline** | **Current Date** | **New Proposed Date** |
|---|---|---|
| Fact Discovery Close | September 9, 2024 | October 24, 2024 |
| Initial Expert Disclosures | October 11, 2024 | November 25, 2024 |
| Rebuttal Expert Disclosures | November 29, 2024 | January 13, 2025 |
| Expert Discovery Close | January 10, 2025 | February 24, 2025 |
| Status Hearing | January 14, 2025 | February 28, 2025 |

WHEREFORE, Defendants requests that this Honorable Court enter an order resetting the discovery deadlines as set forth above.

Dated: July 15, 2024

/s/ V. Amanda Witts
Steven M. Hartmann (ARDC No. 6185428)
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
(312) 360-6528
shartmann@freeborn.com

V. Amanda Witts
Mitchell Sandler
1120 20th Street, NW, Suite 725

Washington, DC 20036
(202) 886-5267
v.awitts@mitchellsandler.com

*Attorneys for The Federal Savings Bank*

/s/ John C. Ochoa
Molly A. Arranz, ARDC # 6281122
John C. Ochoa, ARDC # 6302680
Sofia Valdivia, ARDC # #6339898
Amundsen Davis, LLC
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200
marranz@amundsendavislaw.com
jochoa@amundsendavislaw.com
svaldivia@amundsendavislaw.com

*Attorneys for Rasani Media*


/s/ Anthony I. Paronich
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com


*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on July 15, 2024, he served the foregoing **Parties Joint Motion to Extend Discovery Deadlines** on All Attorneys of Record. This pleading was served upon the attorneys as listed above, pursuant to the Northern District of Illinois General Order on Electronic Case Filing.

|  |  |
|---|---|
| [x] | Pursuant to 28 USC Section 1746(2), I certify under penalty of perjury that the foregoing is true and correct. |
|  | Executed on: July 15, 2024 |
|  | /s/ John C. Ochoa |