IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERRY CLOTZ, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>THE FEDERAL SAVINGS BANK, RASANI MEDIA and SUREFIRE MARKETING LLC,<br><br>    Defendants. | Case No. 22-cv-3755<br><br>Honorable Jeremy C. Daniel |

## NOTICE OF MOTION

TO: All Counsel of Record

**PLEASE TAKE NOTICE THAT** on **Wednesday, July 17, 2024 at 9:30 a.m.**, we shall appear before the **Honorable Judge Jeremy C. Daniel** in **Courtroom 1419**, at 219 South Dearborn Street in Chicago, Illinois, and present to the United States District Court of the Northern District of Illinois, Eastern Division, **PARTIES' JOINT MOTION TO EXTEND DISCOVERY DEADLINES.**

Dated: July 15, 2024

                       Respectfully submitted,

                       /s/ John C. Ochoa
                       *One of Attorneys for*
                       *Defendant Rasani Media*

John C. Ochoa, ARDC # 6302680
jochoa@amundsendavislaw.com
Amundsen Davis, LLC
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 15, 2024, he served the foregoing **Notice of Motion** on All Attorneys of Record. This pleading was served upon the attorneys as listed above, pursuant to the Northern District of Illinois General Order on Electronic Case Filing.

|  |  |
|---|---|
| [x] | Pursuant to 28 USC Section 1746(2), I certify under penalty of perjury that the foregoing is true and correct. Executed on: July 15, 2024 |
|  | /s/ John C. Ochoa |