**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Terry Clotz

                       Plaintiff,

v.                                                     Case No.: 1:22–cv–03755
                                                              Honorable Jeremy C. Daniel

The Federal Savings Bank, et al.

                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 16, 2024:

      MINUTE entry before the Honorable Jeremy C. Daniel: The parties' joint motion to extend discovery is granted. Fact discovery now closes October 4, 2024; initial expert disclosures are due November 25, 2024; rebuttal expert disclosures are due January 13, 2025; expert discovery now closes February 24, 2025; status hearing set for February 27, 2025, at 9:30 a.m. The Court understands that the parties seek this extension to allow the parties to continue settlement discussions and to avoid expending additional resources in discovery but cautions the parties that no further extensions to discovery will be granted for the purpose of continued settlement efforts. The motion hearing is stricken. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.