**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TERRY CLOTZ, on behalf of himself and others similarly situated, | |
| Plaintiff, | Case No. 1:22-cv-03755 |
| vs. | Honorable Sara L. Ellis |
| THE FEDERAL SAVINGS BANK, RASANI MEDIA and SUREFIRE MARKETING LLC, | |
| Defendants. | |

**NOTICE OF SETTLEMENT**

The plaintiff files this notice to advise the Court that the parties have tentatively reached a settlement in this matter and hope to file a stipulation of dismissal within 30 days.

Dated: September 25, 2024    PLAINTIFF

*/s/ Anthony Paronich*
Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100