**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TERRY CLOTZ, on behalf of himself and others similarly situated,<br><br>     Plaintiff,<br><br>     vs.<br><br>THE FEDERAL SAVINGS BANK, RASANI MEDIA and SUREFIRE MARKETING LLC,<br><br>     Defendants. | Case No. 1:22-cv-03755<br><br>Honorable Sara L. Ellis |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: October 10, 2024

/s/ *Anthony I. Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

/s/ John C. Ochoa
Molly A. Arranz, ARDC # 6281122
John C. Ochoa, ARDC # 6302680
Sofia Valdivia, ARDC # #6339898
Amundsen Davis, LLC
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200
marranz@amundsendavislaw.com
jochoa@amundsendavislaw.com
svaldivia@amundsendavislaw.com

*Attorneys for Rasani Media*

/s/ V. Amanda Witts
Steven M. Hartmann, ARDC No. 6185428

2

Smith Gambrell Russell
311 South Wacker Drive, Suite 3000
Chicago, IL  60606-6677
Telephone: (312) 360-6000
E-mail: shartmann@sgrlaw.com

V. Amanda Witts (*admitted pro hac vice*)
Mitchell Sandler
1120 20th Street, NW, Suite 725
Washington, DC 20036
Telephone:  (202) 886-5267
v.awitts@mitchellsandler.com

*Attorneys for the Federal Savings Bank*

2